

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00112-CR

| | | |
|---|---|---|
| Jarente Mitchell | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1363506D) |
| v. | § | December 28, 2017 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment and the incorporated order to withdraw funds is modified to delete the fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel